IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS )<br>CHINESE-MANUFACTURED FLOORING )<br>PRODUCTS MARKETING, SALES )<br>PRACTICES AND PRODUCTS LIABILITY )<br>LITIGATION )<br>_____ ) | MDL No. 1:15-md-2627 (AJT/TRJ) |

This Document Relates to ALL Cases
_____

## **ORDER**

On Tuesday, November 3, 2015, the Court held its regularly scheduled Status Conference. In accordance with those proceedings and for the reasons stated in open court during the November 3, 2015 Status Conference, it is hereby

ORDERED that on or before November 17, 2015, co-lead counsel confer and jointly submit to the Court recommendations regarding the appointment of liaison counsel for the cases filed directly in this District (the "Virginia Cases"); and it is further

ORDERED that on or before November 17, 2015, co-lead counsel confer and jointly submit to the Court proposed orders concerning procedures and guidelines to be followed concerning any attorneys' fees that might be eventually requested; and it is further

ORDERED that as to future Status Conferences, co-lead counsel confer and jointly submit to the Court on or before the Friday immediately preceding the Status Conference, an agenda listing those matters which they wish to raise during the Status Conference. Any other counsel, after conferring with co-lead plaintiffs' counsel, may have added to the agenda, any other matter.

ORDERED that oral argument on Defendant Lumber Liquidators, Inc.'s Motion to Dismiss First Amended Class Action Complaint and to Strike Plaintiffs' Request for Injunctive Relief Classes [Doc. No. 46] shall be heard on December 1, 2015, immediately following the 2:00 p.m. Status Conference.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 3, 2015