IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) MDL No. 1:15-md-2627 (AJT/TRJ) |

This Document Relates to ALL Cases

## ORDER

On Tuesday, February 2, 2016, the Court held its regularly scheduled Status Conference at which it heard oral argument on defendant Lumber Liquidators' Motion for Partial Reconsideration [Doc. No. 784] of the Court's January 6, 2016 Order Overruling Lumber Liquidators' Rule 72 Objections [Doc. No. 775] (the "Motion to Reconsider"). In accordance with those proceedings and for the reasons stated in open court during the Status Conference, it is hereby

ORDERED that defendant's Motion to Reconsider [Doc. No. 784] be, and the same hereby is, GRANTED and the Court's January 6, 2016 Order Overruling Lumber Liquidators' Rule 72 Objections [Doc. No. 775] be, and the same hereby is, MODIFIED to the extent that defendants shall have no obligation at this time to produce the Benchmark testing documents from the dates of August through November, 2014, as set forth in the Motion to Reconsider; and it is further

ORDERED that the Court's January 6, 2016 Order [Doc. No. 775] be, and the same hereby is, AMENDED to the extent that defendant shall have no obligation to disclose communications between Benchmark and counsel regarding testing ordered produced.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 2, 2016